**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stella Weiskopf,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of the Social Security Administration,<br><br>    Defendant. | CIV 13-1979-PHX-MHB<br><br>**ORDER** |

In light of the United States Court of Appeals for the Ninth Circuit's Order finding that the ALJ committed legal error and instructing this Court to remand to the agency "to determine the extent of Appellant's impairment,"

**IT IS ORDERED** vacating the Order and Judgment entered on March 20, 2015 (Docs. 33, 34);

**IT IS FURTHER ORDERED** remanding this case to the Social Security Administration "to determine the extent of Appellant's impairment";

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly. The judgment will serve as the mandate of this Court.

DATED this 30th day of August, 2017.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge